IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED USDC
CLERK. CHARLESTON, SC
2022 MAY 17 AM 9: 21

Darrell L. Goss, Sr.,
       Petitioner,

v.

Warden Brian Kendell,
       Respondent.

C/A No. : 2:22-cv-103-BHH-MGB

MOTION TO SUPPLEMENT
OBJECTIONS TO
REPORT AND RECOMMENDATION

    Petitioner hereby moves this Honorable Court to supplement the record of this case to include additional evidence to show the Court that he should be excused from the state court exhaustion requirement because of inordinate delay or inaction in state proceedings, which renders the process ineffective to protect his rights. see Ward v. Freeman, 46 F.3d 1129 (4th Cir. 1995).

    On December 8, 2021, Petitioner's second PCR hearing was held in State court. At the hearing, Petitioner complained largely about the insufficiency of the state's evidence against him. The PCR court take the matter under advisement, and issued an informal

order denying relief on December 18, 2021. In that same order, the PCR court instructed the state's attorney general office to prepare and serve a proposed order within 30 days.

To date, no proposed order has been prepared or served on Petitioner, who his representing himself. Petitioner has filed several motions to expedite his PCR case with the PCR Court, Court of Appeals, and Supreme Court, all to no avail. see, Attachment.

It has become very clear to Petitioner that the state's sole intention is to delay Petitioner's PCR case as long as possible, with the hopes that he would eventually give up and stop fighting his case. But they are sadly mistaken. Because Petitioner will fight his case to the end. He is innocence of the crimes which he has been convicted for.

Accordingly, this Court should consider the merits of Petitioner's habeas claims pursuant to Jackson v. Virginia, 443 U.S. 307, 99 S.Ct. 2781, 61 L.Ed. 2d 560 (1979).

Respectfully Submitted,

Darrell L. Goss, Sr., #305517
Lieber Corr. Inst.

P.O. Box 205
Ridgeville, SC 29472

May 13, 2022